# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARLAND HENDERSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK COUNTY SCHOOL DISTRICT, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01631-RFB-DJA<br>Related Case No. 2:19-cv-1448-RFB-DJA<br><br>**ORDER** |

This matter is before the Court on Plaintiff Counsel Dan M. Winder's Motions to Withdraw (ECF Nos. 20-21), filed on December 20, 2019. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Winder indicates that he has been terminated as counsel for Garland Henderson and Tammie Keith-Henderson. The Court will require that Garland Henderson and Tammie Keith-Henderson notify the Court by January 27, 2020 as to their intent to proceed pro se or with other representation. Failure to do so may result in dispositive sanctions

Further, Mr. Winder requests that both actions be stayed for 90 days and an extension of 120 days be granted to the discovery deadlines. Those requests are denied. Indeed, LR IA 11-6(d) expressly states, "[W]ithdrawal . . . of an attorney will not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in the case."

**IT IS HEREBY ORDERED** that Plaintiff Counsel Dan M. Winder's Motions to Withdraw (ECF Nos. 20-21) are **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that Plaintiffs Garland Henderson and Tammie Keith-Henderson shall notify the Court as to whether they intend to proceed *pro se* or retain counsel by

1  **January 27, 2020**.  Failure to notify the Court as to their representation status may subject them
2  to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that Plaintiff Counsel's request to stay the proceedings for 90 days and extend discovery deadlines for 120 days are **denied**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiffs to the civil docket and send a copy of this Order to Plaintiffs' last known address:

| | |
|---|---|
| Garland Henderson | Tammie-Keith Henderson |
| P.O. Box 13913 | P.O. Box 13913 |
| Las Vegas, NV 89112 | Las Vegas, NV 89112 |
| 702-423-8769 | 702-423-8769 |
| Garland.henderson10 @yahoo.com | ketammie@yahoo.com |

DATED: December 30, 2019

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE