CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
PATRICK J. MURCH, ESQ.
Nevada Bar No. 10162
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Tel:  (702) 799-5373
Fax:  (702) 799-5505
herrec4@nv.ccsd.net
murchpj@nv.ccsd.net
*Attorney for Defendant,
Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARLAND HENDERSON, an Individual<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT SCHOOL DISTRICT, a political subdivision of the State of Nevada; DOES I-V; AND ROES VI-X,<br><br>Defendant. | CASE NO.: 2:19-cv-01631-RFB-DJA<br><br>**SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Defendant Clark County School District hereby substitutes Patrick J. Murch, Esq. as attorney of record in the above-entitled action in place and stead of Crystal J. Herrera, Esq.

DATED this 26th day of July, 2021.

                                                CLARK COUNTY SCHOOL DISTRICT
                                                OFFICE OF THE GENERAL COUNSEL

                                                By: */s/ Patrick J. Murch*
                                                    Patrick J. Murch, Esq. (NV Bar #10162)
                                                    5100 West Sahara Avenue
                                                    Las Vegas, Nevada  89146
                                                    *Attorney for Clark County School District*

1    I HEREBY CONSENT to the above substitution.

2    DATED this 26th day of July, 2021.

3                                   CLARK COUNTY SCHOOL DISTRICT
                                    OFFICE OF THE GENERAL COUNSEL

     By: /s/ Crystal J. Herrera
         Crystal J. Herrera, Esq. (NV Bar #12396)

7    I am duly admitted to practice in this District. The undersigned hereby consents to be
8    substituted as the attorney for Defendant.

9    DATED this 26th day of July, 2021.

                                    CLARK COUNTY SCHOOL DISTRICT
                                    OFFICE OF THE GENERAL COUNSEL

     By: /s/ Patrick J. Murch
         Patrick J. Murch, Esq. (NV Bar #10162)
         5100 West Sahara Avenue
         Las Vegas, Nevada  89146
         Telephone:  (702) 799-5373


**APPROVED:**

DATE: July 28, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE