PATRICK J. MURCH
Nevada Bar No. 10162
BETTY J. FOLEY
Nevada Bar No. 14517
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
murchpj@nv.ccsd.net
foleybj@nv.ccsd.net
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARLAND HENDERSON, an Individual<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT SCHOOL DISTRICT, a political subdivision of the State of Nevada; RONALD LOWICKI; DOROTHY MCCULLOUGH; SHANNON EVANDS; CEDRIC COLE; DOE V; and ROES VI-X,<br><br>Defendants. | CASE NO.: 2:19-cv-01631-RFB-DJA<br><br>**SUBSTITUTION OF ASSOCIATE COUNSEL WITHIN FIRM** |

Defendants substitute Betty J. Foley as associate counsel of record in this matter, in place of Sami Randolph.

Dated: October 22, 2021.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _____
Patrick J. Murch (#10162)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Defendants*

1  I consent to the foregoing substitution.

2  Dated: October 22, 2021.

                                  CLARK COUNTY SCHOOL DISTRICT
                                  OFFICE OF THE GENERAL COUNSEL

                                  By: */s/ Sami Randolph*
                                      Sami Randolph (#7876)
                                      5100 West Sahara Avenue
                                      Las Vegas, Nevada 89146

I am admitted to practice in United States District Court for the District of Nevada, and I consent to be substituted as associate counsel for Defendants in this matter.

Dated: October 22, 2021.

                                  CLARK COUNTY SCHOOL DISTRICT
                                  OFFICE OF THE GENERAL COUNSEL

                                  By: */s/ Betty J. Foley*
                                      Betty J. Foley (#14517)
                                      5100 West Sahara Avenue
                                      Las Vegas, Nevada 89146

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 25, 2021